Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HUTCHISON, an individual, TANYA HUTCHISON, an individual | Case No. SACV12-1692 AG (JPRx) |
| | Hon. Andrew Guilford |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BANK OF AMERICA N.A., a business entity form unknown, and RECONTRUST COMPANY, a business entity form unknown, and DOES 1-100, inclusive, | Complaint Filed: July 9, 2012 |
| Defendants, | |

1   WHEREAS, on April 8, 2013, the Court GRANTED, in its entirety,
2 defendant Bank of America, N.A.'s Motion to Dismiss the Second Amended
3 Complaint of Plaintiffs Charles Hutchison and Tanya Hutchison ("Plaintiffs") for
4 failure to state a claim upon which relief may be granted.
5   THEREFORE, pursuant to Rule 58 of the Federal Rules of Civil Procedure,
6 JUDGMENT IS HEREBY ENTERED, with prejudice, against Plaintiffs and in
7 favor of Defendants Bank of America, N.A. and ReconTrust Company, N.A.
8   Defendants Bank of America, N.A. and ReconTrust Company, N.A. are
9 entitled to recover all costs, fees and other rewards to the extent permitted by law.

10
11
12 Dated: April 25, 2013                          _____
13                                                Hon. Andrew Guilford
                                                  United Stated District Court Judge
14

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1

IR01DOCS\613367.1\C076608\0340021

[PROPOSED] JUDGMENT

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IR01DOCS\613367.1\C076608\0340021